1 44. ANN WALSH BRADLEY, J. {dissenting). Attorney Petersen's misconduct was egregious. He repeatedly lied to his client about the terms of the State's plea offer. He told his client that certain charges would be amended when Attorney Petersen knew this was untrue. He then falsified an email purportedly written by an Assistant District Attorney in furtherance of the lies and falsely reported that the judge agreed with the amended charges. ¶ 45. It gets worse. Attorney Petersen apparently forged a judge's signature on a fabricated court order, lied to the court and to the police, all the while continuing the lies to his client. ¶ 46. Given the nature and extent of Attorney Petersen's misconduct, I conclude that the one-year suspension imposed by the per curiam opinion is too light. f 47. Accordingly, I respectfully dissent. f 48. I am authorized to state that Justice SHIRLEY S. ABRAHAMSON joins this dissent.